**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE PIKE COMPANY, INC.,     Plaintiff,     v.     CHESAPEAKE OPERATING, INC., et al.,     Defendants. | CIVIL ACTION NO. 3:13-CV-206     (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 4th day of February, 2013, **IT IS HEREBY ORDERED** that Plaintiff The Pike Company, Inc. is given leave to file an amended complaint within twenty-one (21) days from the date of entry of this Order. If Plaintiff fails to do so, the action will be dismissed.


                                                  /s/ A. Richard Caputo

                                                  A. Richard Caputo
                                                  United States District Judge